IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

v.   Criminal No. 5:23-MJ-23

CALEB STEINER

        **Defendant.**

## MOTION TO DETAIN

In view of the Probation Officer's petition in this matter, the United States moves to detain the defendant pursuant to Rule 40 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3142.

**DATED:** February 27, 2023

        Respectfully submitted,
        WILLIAM IHLENFELD
        United States Attorney

        /s/ Shawn M. Adkins
        Shawn M. Adkins
        Assistant United States Attorney
        WV Bar No. 11601
        1125 Chapline Street, Suite 3000
        Wheeling, WV 26003
        Telephone: (304) 232-0100